**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEONARD WILLIAMS, SR., etc.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-815-Orl-31DAB**

**MICHELIN NORTH AMERICA, INC.,**
**MICHELIN AMERICAS RESEARCH &**
**DEVELOPMENT CORPORATION, and**
**FORD MOTOR COMPANY,**
      **Defendants.**
_____/

## ORDER

This matter is before the Court on the Defendant Michelin Americas Research & Development Corporation's Motion for Summary Judgment (Doc. 139). The Defendant filed this motion on September 16, 2005. The Plaintiff has not filed an opposition to the motion, the time to do so has passed,[1] and it appears that the Defendant's Motion is well-founded.[2] It is therefore

**ORDERED THAT** the Defendant's Motion for Summary Judgment (Doc. 139) is GRANTED as unopposed. The Clerk is directed to enter judgment in favor of the Defendant Michelin Americas Research & Development Corporation.

---

[1] By Order dated September 19, 2005, the Court set the deadline for the Plaintiff to oppose the Defendant's Motion for Summary Judgment as October 19, 2005. (*See* Doc. 142).

[2] Indeed, the Defendant has submitted both a transcript in which Plaintiff's counsel indicates that the Defendant will be dismissed, (Doc. 140, Att. 1), as well as a stipulation prepared by the Defendant indicating that Michelin North America, Inc., has assumed responsibility for any liability arising from any defect in, or design or manufacture of, the subject tire (Doc. 140, Att. 2; *see also* Doc. 102).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 20, 2005.

```
               GREGORY A. PRESNELL
           UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

Counsel of Record
Unrepresented Party