# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARD WILLIAMS, SR., etc.,**

      **Plaintiff,**

**-vs-**                                    **Case No.  6:04-cv-815-Orl-31DAB**

**FORD MOTOR COMPANY,**
      **Defendant.**
_____/

## ORDER

Plaintiff has designated portions of the deposition testimony of John Lampe (taken January 8, 2003) for use at trial.  Ford objects to this testimony (Doc. 221 and 223).

The Court has reviewed this testimony and finds it to be largely irrelevant to the issues in this case.  The primary defect alleged here involves "skate."  This is not a tire case nor is it a roll-over case and the Court will not use its scarce resources to look for the kernel of relevance that may exist in this deposition.  Accordingly, it is

**ORDERED** that Defendant's objections are SUSTAINED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 9, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE